Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Jeff Sinek (SBN 135508)
jeff.sinek@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Nathan J. Hochman (SBN 139137)
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East
Los Angeles, California 90067
Telephone: (310) 255-9025
Facsimile: (310) 907-2000

*Attorneys for Defendant*
*Eric Pulier*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00599-AB |
| Plaintiff, | **DECLARATION OF MARK HOLSCHER IN SUPPORT OF DEFENDANT ERIC PULIER'S REPLY IN SUPPORT OF MOTION FOR A BILL OF PARTICULARS** |
| v. | |
| ERIC PULIER and JON WALDRON, | |
| Defendants. | Judge: André Birotte Jr.<br>Hearing Date: June 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 7B |

# DECLARATION OF MARK HOLSCHER

I, Mark Holscher, declare as follows:

1. I am a partner at Kirkland & Ellis LLP and am counsel for Defendant Eric Pulier in this action. I have knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct copy of a Seizure Warrant, Case No. 2:17-mj-02420-DUTY (C.D. Cal.), ECF No. 2, filed on September 28, 2017, and a true and correct copy of the accompanying Application and Affidavit for Seizure Warrant.

3. Attached as **Exhibit 2** is a true and correct copy of the Complaint for Forfeiture, *United States v. $1,912,876.00 Seized from Alliance Bernstein Account Number XXX-5414, et al.*, Case No. 2:18-cr-02560-RGK-MRW (C.D. Cal.), ECF No. 1, filed on March 29, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2018 at Los Angeles, California.

                */s/ Mark Holscher*
                Mark Holscher