1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

15

**CENTRAL DISTRICT OF CALIFORNIA**

16

**WESTERN DIVISION**

17

18 | UNITED STATES OF AMERICA,       )    CASE NO. 2:17-cr-00599-AB

19 |                   Plaintiff,    )
   |                                 )    **ORDER APPROVING**
20 |                                 )    **STIPULATION TO CONTINUE**
   |          v.                     )    **HEARING OF DEFENDANT ERIC**
21 |                                 )    **PULIER'S MOTION FOR A BILL**
   |                                 )    **OF PARTICULARS**
22 | ERIC PULIER and                 )
   | JON WALDRON,                    )
23 |                                 )    Judge:        André Birotte Jr.
   |                   Defendants.   )    Courtroom:    7B
24 |                                 )
25 |                                 )
26 |_____)

27
28

1

## ORDER

2

Pursuant to the stipulation of the Parties, the Court orders as follows:

3

The hearing of Defendant Eric Pulier's Motion for a Bill of Particulars (ECF

4

No. 39) shall be continued from June 15, 2018 at 1:30 p.m. to July 6, 2018 at 1:30

5

p.m.

6

**IT IS SO ORDERED.**

7

8

Dated:   June 13, 2018

9

Honorable André Birotte, Jr.
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARING OF
DEFENDANT ERIC PULIER'S MOTION FOR A BILL OF PARTICULARS