1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:17-cr-00599-AB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER RE: DEFENDANT ERIC PULIER'S *EX PARTE* APPLICATION FOR LEAVE TO FILE *EX PARTE* APPLICATION FOR ISSUANCE OF PRETRIAL RETURN SUBPOENA UNDER RULE 17(C) TO CSC *IN CAMERA* AND UNDER SEAL** |
| v. | ) | |
| ERIC PULIER and JON WALDRON, | ) | |
| Defendants. | ) | |
| | ) | Judge:      André Birotte Jr. |
| | ) | Courtroom:  7B |

Having considered Defendant Eric Pulier's *Ex Parte* Application for Leave to File *Ex Parte* Application for Issuance of Pretrial Return Subpoena Under Rule 17(c) to Computer Sciences Corporation *In Camera* and Under Seal, and for good cause shown, it is hereby ordered that the Application is GRANTED.

IT IS FURTHER ORDERED that the following documents be filed with the Court *in camera* and under seal:

| Document | Portion to be Filed Under Seal |
|---|---|
| *Ex Parte* Application by Defendant Eric Pulier for Issuance of Pretrial Return Subpoena Under Rule 17(c) to Computer Sciences Corporation ("Application") | Entire document |
| Declaration of Mark Holscher in Support of Application | Entire document |
| Proposed Order re: Application | Entire document |

**IT IS SO ORDERED.**

Dated: July 03, 2018         By: _____

The Honorable André Birotte Jr.

1