## Jauregui, Eddie (USACAC)

| | |
|---|---|
| **From:** | Sinek, Jeff <jeff.sinek@kirkland.com> |
| **Sent:** | Monday, June 25, 2018 4:30 PM |
| **To:** | Stern, Paul (USACAC); Jauregui, Eddie (USACAC); Woodring, Joseph (USACAC) |
| **Cc:** | Holscher, Mark C.; *Hochman,Nathan; Rapore, James A.; Gamsin, Matthew; Klein, David A. |
| **Subject:** | FW: US v. Pulier -- Rule 15 |
| **Attachments:** | 2018-05-18 Pulier Revised Rule 15 Stipulation-CLEAN_(53913394_2).pdf; 2018-05-18 Pulier Revised Rule 15 Stipulation-TRACK CHANGES_(53913410_2)....pdf; 2018-05-18 Pulier Revised Rule 15 Stipulation-TRACK CHANGES_(53913410_2)....pdf; 2018-05-18 Pulier Revised Rule 15 Proposed Order-CLEAN_(53913420_1).pdf; 2018-06-18 Letter Rogatory for Nick Toozs-Hobson_(53330998_4)_(54947412_....pdf; 2018-06-18 Letter Rogatory for Michael Harte_(53529544_3)_(54947409_1).pdf; 2018-06-18 Letter Rogatory for Jon Knight_(53529686_3)_(54947407_1).pdf; 2018-06-18 Letter Rogatory for Gunther Thiel_(52962876_4)_(54947399_1).pdf; 2018-06-18 Letter Rogatory for Beau Andersen_(53529357_3)_(54947394_1).pdf; 2018-06-18 Letter Rogatory for Tom Pennington_(53879898_2)_(54947381_1).pdf; 2018-06-18 Letter Rogatory for CBA_(53804606_2)_(54947398_1).pdf |

Paul,

As I mentioned late last week, we previously had discussions and exchanged emails with Steve Cazares and Scott Paetty about Rule 15 depositions.  We initially informed the government that we intended to seek the court's permission to depose certain foreign national witnesses.  In response, Steve indicated that the government was willing to stipulate to our proposed depositions if we similarly agreed to foreign depositions the government proposed.  After some back-and-forth and exchanges of additional information about the witnesses, the parties agreed to stipulate to taking the depositions so that a motion would not be necessary.

Steve sent us a draft stipulation and proposed order for taking the depositions.  Below is an email Nathan Hochman sent Steve and Scott responding to the government's draft stipulation and proposed order that attached clean and marked-up versions of the stipulation and order, as well as our proposed letters rogatory.  Nathan's email was the last communication on the topic.  We did not receive a response from Steve or Scott before they were removed from the case.  I have attached to my email the clean and marked up versions of the stipulation and order, and the letters rogatory.  Please note that we made a few minor tweaks to the letters rogatory since Nathan emailed Steve and Scott, including to input what we believe to be Michael Harte's address in the United Kingdom.

The Office's decision to remove the prior prosecution team from the case delayed our negotiations to finalize the attached documents in order to take these depositions.  Due to the impending trial date, we would like to get the attached stipulation on file and move forward with the depositions as quickly as possible.  Please let me know as soon as possible if the government has any comments to the attached, or if we can proceed to finalize the documents for filing.  Also, as you'll read in Nathan's email, we requested that the government grant defense witness Gunther Thiel immunity so that he will testify.  We did not get a response to this request from Steve or Scott.  We request a response on this issue as soon as possible so that we know whether or not we need to file a motion to obtain court-ordered immunity for Mr. Thiel.

Thank you.

**Jeff Sinek**
_____
**KIRKLAND & ELLIS LLP**